YONKERS BUILDERS' SUPPLY COMPANY, Appellant, v. FREDERICK ROEBER COMPANY, INC., and Others, Respondents, and CONNECTICUT QUARRIES CO.,

Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.